Denise Bourgeois Haley
Attorney at Law: 143709
Law Offices of Lawrence D. Rohlfing
12631 E. Imperial Highway, Suite C-115
Santa Fe Springs, California 90670
Tel: (562) 868-5886
Fax: (562) 868-5491
E-Mail: rohlfing_office@msn.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| ILENE R. WARD,<br>        Plaintiff,<br>v.<br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL SECURITY,<br>        Defendant. | Case No.: 1:07-cv-0115 TAG<br><br>[■■■■■■] ORDER EXTENDING BRIEFING SCHEDULE |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, to and including October 19, 2007, in which to provide Defendant with Plaintiff's confidential letter brief; and that all other deadlines set forth in the January 22, 2007, Scheduling Order (Doc. 7) shall be extended accordingly.

IT IS SO ORDERED

DATE: 10/22/2007      _____
                    United States Magistrate Judge

-1-