Denise Bourgeois Haley
Attorney at Law: 143709
Law Offices of Lawrence D. Rohlfing
12631 E. Imperial Highway, Suite C-115
Santa Fe Springs, California 90670
Tel: (562) 868-5886
Fax: (562) 868-5491
E-Mail: rohlfing_office@msn.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| ILENE R. WARD,<br>　　　　Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL SECURITY,<br>　　　　Defendant. | Case No.: 1:07-cv-0115 TAG<br><br>[PROPOSED] ORDER EXTENDING TIME TO FILE PLAINTIFF'S OPENING BRIEF |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, to and including January 22, 2008, in which to file Plaintiff's opening brief; Defendant's reply brief shall be due by February 21, 2008 and Plaintiff's reply brief due 15 days thereafter.

IT IS SO ORDERED

DATE: 12/27/2007                    _____
                                    United States Magistrate Judge

-1-